■ JAY S. BIELAT, Respondent, v BARRY MONTROSE et al., Appellants. [664 NYS2d 300] —Order, Supreme Court, New York County (Louise Gans, J.), entered on or about October 4, 1996, which, insofar as appealed from, awarded costs of $100 and imposed sanctions of $150 against defendants' attorney, unanimously affirmed, with costs.

The finding of frivolousness is supported by defendants' making of their motion for contempt of a nonparty witness while plaintiff's motion for a protective order challenging the subpoena served on that witness was *sub judice*; defendants' failure to obtain letters rogatory or a commission in seeking the deposition of a nonparty witness; and defendants' refusal to produce documents provided to them two years earlier. The written order of the court sufficiently complied with the requirements of 22 NYCRR part 130 by setting forth the objectionable conduct, the reason it was found to be frivolous, and an explanation for the modest sanction and costs imposed (*see, Matter of Marsh*, 207 AD2d 749). Concur—Milonas, J. P., Rosenberger, Nardelli, Rubin and Tom, JJ.

■ BARBARA GEMIGNANI, Respondent, v JOHN GEMIGNANI, Appellant. [665 NYS2d 854] —Order, Supreme Court, Bronx County (Irene Duffy, J.), entered on or about March 25, 1997, which, *inter alia*, granted plaintiff's motion for summary judgment seeking a conversion divorce, unanimously affirmed, with costs.

Defendant's challenge to the validity of the 1980 separation agreement is based wholly upon matters that were never made a part of the appellate record, and, is therefore, not reviewable by this Court. Were we to reach the merits of his contentions, we would nevertheless affirm. Notwithstanding defendant's bald contentions to the contrary, the parties' separation agreement, which provides for an equal distribution of the marital assets, is fair on its face. Defendant's claimed inability to afford the weekly support required under the agreement is unsupported by the record. We have considered defendant's other contention and find it to be without merit. Concur—Milonas, J. P., Rosenberger, Nardelli, Rubin and Tom, JJ.